# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| FERNANDO E. RECINOS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | Case No. 4:19-cv-01025-CLM-JEO |
| RONALD EDWARDS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 2, 2020, recommending the court dismiss the petition as moot due to Petitioner's removal to Honduras on October 29, 2019. (Doc. 11). Although the magistrate judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the petition is due to be dismissed as moot. The court will dismiss this matter by separate order.

---

[1] The magistrate judge's report and recommendation, mailed to Petitioner at the Jena/LaSalle Detention Facility, was returned by the U.S. Postal Service as undeliverable. (Doc. 12).

**DONE** and **ORDERED** this 23rd day of January, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE